IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 13-cr-00070-RBJ | Date: | July 10, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | Melinda Gonzalez-Hibner | Probation: | N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA  **Plaintiff(s)** | *James R. Boma* |
| v. | |
| 1. RAUL MENDOZA  **Defendant(s)** | *Harvey Steinberg*  *Ariel Benjamin* |

## AMENDED COURTROOM MINUTES

**MOTIONS HEARING**

Court in session:  1:30 p.m.

Appearances of counsel.

Interpreter sworn.

Defendant is present on bond.

Defendant withdraws [90] Motion to Suppress Statements.

Discussion held on pending motions.

**ORDERED:**   **[90] Motion to Suppress Statements is deemed WITHDRAWN.**

   **[80] Motion for Disclosure Pursuant to Rules 404(b) and 609, Federal Rules of Evidence is MOOT.**

**[81] Request for Notice by Government of Intent to Introduce Evidence Pursuant to Rule 807, F.R.E. is MOOT.**

**[82] Motion to Disclose and Produce** *Brady* **(Exculpatory) Material is GRANTED. The Court notes that the government has complied.**

**[83] Defendant's Motion for Production of** *Bruton* **and Rule 801(d)(2)(E) Materials and Motion for Pretrial** *James* **Determination of Admissibility of Alleged Co-Conspirator Statements is GRANTED. Government has until August 8, 2014 to submit materials requested. <u>JAMES HEARING</u> is set for August 28, 2014 at 9:00 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

**[84] Motion to Disclose Identity of Informants is GRANTED. The government will disclose all information to defense counsel by July 23, 2014. If there is no disposition by September 1, 2014, then the government is ordered to disclose the identity of the informant to counsel on the 2nd of September without restriction as to disclosure to his client.**

**[85] Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment is GRANTED.**

**[86] Request for Notice of Government's Intent to Use Evidence is GRANTED. The government is to provide a list of trial exhibits to the defendant by August 28, 2014.**

**[87] Motion for Preservation of Recordings and Notes is GRANTED.**

**[88] Motion to Sever is MOOT.**

**Court in recess:**     **1:54 p.m.**
**Court in session:**     **2:16 p.m.**

Court states findings of facts, conclusions of law as it relates to [89] Motion to Suppress Evidence.

**ORDERED: [89] Motion to Suppress Evidence is DENIED.**

**Defendant's bond is continued to the next hearing date.**

Court in Recess: 2:24 p.m.          Hearing concluded.          Total time in Court: 00:32