IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00070-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      RAUL MENDOZA,

        Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On January 27, 2015, the United States and defendant Raul Mendoza entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 982(a)(1), 31 U.S.C. § 5317(c)(1), and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 254).

THAT the requisite nexus exists between the subject properties and the acts of Structuring, Laundering of Monetary Instruments, and Conspiracy to Commit Structuring to which defendant Raul Mendoza pled.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following:

    a.    $5,277.16 in United States Currency,

    b.    2006 Chevrolet Corvette, VIN 1G1YY26U665110475,

    c.    2002 Cadillac Escalade, VIN 1GYEK63N42R161230,

    d.    2004 Cadillac Escalade, VIN 1GYEL62N34G144178,

    e.    2004 Chevrolet Colorado, VIN 1GCDT136348116766,

    f.    2001 Ford F-150, VIN FTRW07L81KA49393,

    g.    2007 Nissan Altima, VIN 1N4AL21E77C143298,

    h.    2007 Honda Accord, VIN 1HGCM66407A021032,

    i.    2005 Chrysler 300, VIN 2C3JA53G65H134557,

    j.    2008 Ford Taurus, VIN 1FAHP24W78G185388,

    k.    2004 Nissan Murano, VIN JN8AZ08W84W330060,

    l.    2010 Toyota Sequoia, VIN 5TDBT44A91S028162,

    m.    2006 Jeep Commander, VIN 1J8HG58246C129425,

    n.    2009 Ford Flex, VIN 2FMEK63CX9BA13435,

    o.    2007 Chevrolet Avalanche, VIN 3GNFK123676271594,

    p.    2008 Dodge Durango, VIN 1D8HB48N58F131813,

    q.    2004 Hummer H2, VIN 5GRGN23UX4H115107,

    r.    2003 Cadillac Escalade, VIN 1GYEC63TX3R312763,

    s.    2005 Dodge Magnum, VIN 2D4GV58215H113237, and

    t.    2003 GMC Yukon Denali, VIN 1GKEK63U43J154621

is forfeited to the United States in accordance with 18 U.S.C. § 982 and 31 U.S.C. §

5317. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States or the designated sub-custodian is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States or the designated sub-custodian shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982, 31 U.S.C. § 5317, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this 3rd day of February, 2015.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge