IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   13-cr-00070-RBJ | Date: November 20, 2015 |
| Courtroom Deputy:  Deborah Hansen | Court Reporter: Kara Spitler |
| Interpreter:   Cathy Bahr | Probation: Gary Kruck |
| | Time:  55 minutes |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | *Celeste Rangel* |
| | *Stephanie Podolak* |
| **Plaintiff,** | |
| v. | |
| 1.  RAUL MENDOZA, | *Harvey Steinberg* |
| | *Ariel Benjamin* |
| **Defendant.** | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     01:05 p.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

Court's comments

Statement by Mr. Steinberg

Court's comments

Argument/Discussion

Statement by the Court regarding defendant's offense level, criminal history level, sentencing guidelines range, and any objections to the Presentence Investigation Report

Statements by family members of the defendant

Defendant's Allocution

Argument/Discussion

Statement by Probation Officer Kruck

Argument/Discussion

Court states findings and conclusions on the record.

**ORDERED:** **The Government's Motion to Dismiss Counts Two, Three And Six of the Indictment with Prejudice As To This Defendant Only At The Conclusion of His Sentencing Hearing [264] is GRANTED.**

**ORDERED:** **The Defendant's Motion for Variant Sentence [263] is GRANTED.**

**ORDERED:** **The parties' joint, oral motion for variance of 41 to 51 months is GRANTED.**

(The defendant plead guilty to Counts One, Four and Five of the Indictment on 1/27/2015.)

**ORDERED:** **Defendant shall be imprisoned for 48 months on Counts One, Four and Five of the Indictment, to run concurrent.**

       **Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.**

       **Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.**

**ORDERED:** **Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years on Counts One, Four and Five of the Indictment, to run concurrent.**

**ORDERED:** **The conditions of supervised release will be those conditions outlined at Paragraphs R2 and R3 of the probation report and as stated on the record.**

**ORDERED:** **Defendant shall pay a $300.00 Special Assessment fee, payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Mr. Steinberg's comments and question - the defendant initially posted a cash bond. That has not been returned to his family.  Now that sentencing has concluded, is it necessary for the defendant

to file a motion to have that returned to his family – because the defendant did not violate his conditions of bond.

Court's comments

Discussion

**ORDERED:** **There being no objection, and since there was no violation, the bond money shall be returned to defendant's family.**

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

**Court in recess: 2:00 p.m.**
Hearing concluded.