IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Jackson

Criminal Action No. 13-cr-00070-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Raul Mendoza,

    Defendant.

---

## ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated. The funds deposited shall be released by the clerk of the court, or a designated deputy, to the family of the defendant.

DATED at Denver, Colorado, this 24th day of November, 2015.

BY THE COURT:

By: _____
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO