IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00070-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RAUL MENDOZA,

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. ECF No. 290. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 982 and 31 U.S.C. § 5317, as set forth in the Indictment returned on February 14, 2013;

THAT a Preliminary Order of Forfeiture was entered on February 3, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the only Petition for Ancillary Hearing to have been filed is that of Brasher Auto Auctions;

THAT the United States and Brasher Auto Auctions, through counsel Jonathan H. Rupp, have entered into a Settlement Agreement, settling the interest of Brasher Auto Auctions as to subject 2005 Dodge Magnum, VIN 2D4GV58215H113237;

THAT an ancillary hearing to adjudicate Brasher auto Auctions' interest in the subject 2005 Dodge Magnum, VIN 2D4GV58215H113237 need not be set;

THAT the time for any other third-party to file a petition has expired;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 982 and 31 U.S.C. § 5317.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of

a. $5,277.16 in United States Currency,

b. 2006 Chevrolet Corvette, VIN 1G1YY26U665110475,

c. 2002 Cadillac Escalade, VIN 1GYEK63N42R161230,

d. 2004 Cadillac Escalade, VIN 3GYEK62N34G144178,

e. 2004 Chevrolet Colorado, VIN 1GCDT136348116766,

f. 2001 Ford F-150, VIN 1FTRW07L81KA49393,

g. 2007 Nissan Altima, VIN 1N4AL21E77C143298,

h. 2007 Honda Accord, VIN 1HGCM66407A021032,

i. 2005 Chrysler 300, VIN 2C3JA53G65H134557,

j. 2008 Ford Taurus, VIN 1FAHP24W78G185388,

k. 2004 Nissan Murano, VIN JN8AZ08W84W330060,

l. 2001 Toyota Sequoia, VIN 5TDBT44A91S028162,

m. 2006 Jeep Commander, VIN 1J8HG58246C129425,

n. 2009 Ford Flex, VIN 2FMEK63CX9BA13435,

o. 2007 Chevrolet Avalanche, VIN 3GNFK12367G271594,

       p.      2008 Dodge Durango, VIN 1D8HB48N58F131813,

       q.      2004 Hummer H2, VIN 5GRGN23UX4H115107,

       r.      2003 Cadillac Escalade, VIN 1GYEC63TX3R312763,

       s.      2005 Dodge Magnum, VIN 2D4GV58215H113237, and

       t.      2003 GMC Yukon Denali, VIN 1GKEK63U43J154621,

shall enter in favor of the United States pursuant to 18 U.S.C. § 982 and 31 U.S.C. § 5317, free from the claims of any other party; except as provided in the third-party settlement agreement.

THAT the United States shall have full and legal title to the forfeited assets and may dispose of them in accordance with law.

SO ORDERED this 2nd day of December, 2015.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge